AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drell, Dee D. | Western Distric LA, Alexandria | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 515 Murray Street <br> Alexandria, LA 71309 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Member, Board of Directors | Y.M.C.A. of Alexandria, LA |
| 3. Mmember, Board of Directors | Louisiana Bar Foundatin |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Drell, Dee D.

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | State of Louisiana Department of Corrections--Salary |
| 2. | 2010 | Self Employed counselor- Red River Counseling Services--Service fees |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kiwanis Club of Alexandria | 07/28 | Las Vegas, NV | Kiwanis convention | Partial travel expense for ▓▓▓ convention attendance (Registration, travel, hotel) |
| 2. | Kiwanis Club of Alexandria | 08/24 | Cruise to Cozumel | Kiwanis District Convention | Partial travel expense for ▓▓▓ district convention attendance (Registration, travel, hotel) |
| 3. | Kiwanis International | 11/05-11/10 | Indianapolis, IN | Kiwanis Instructor Training | Airfare expense |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. USAA Savings Bank | Credit Card | K |
| 2. AT&T | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Mineral Interest, Loving Cty , TX(assessed taxable $28,880) | C | Royalty | J | W | | | | | |
| 2. | Volunteers of America National Retirement Savings Plan | A | Interest | J | T | | | | | |
| 3. | Red River Bank | | None | J | T | | | | | |
| 4. | LASERS (La. State Retirement System) | | None | K | T | | | | | |
| 5. | Pershing Government Acc't (money market) | A | Interest | J | T | | | | | |
| 6. | Equitable Variable Life Ins. Co. (See Part VIII) | B | Interest | J | T | | | | | |
| 7. | Provident Life & Accident Ins. Co. (See Part VIII) | A | Interest | J | T | | | | | |
| 8. | Fairholme Fund | A | Dividend | K | T | Sold (part) | 07/09/10 | J | A | |
| 9. | FPA New Income Inc | A | Dividend | J | T | Sold (part) | 04/13/10 | J | A | |
| 10. | Blackrock Global Allocation Fund | A | Dividend | | | Sold | 08/19/10 | K | A | |
| 11. | Fairholme Fund | A | Dividend | | | Sold | 08/19/10 | J | A | |
| 12. | Templeton Global Bond Fund | A | Dividend | J | T | Buy | 08/19/10 | J | | |
| 13. | Prudential Short-Term Corporate Bond Fund | A | Dividend | K | T | Buy | 08/19/10 | K | | |
| 14. | FPA New Income Inc | A | Dividend | J | T | Sold (part) | 12/21/10 | J | A | |
| 15. | La Dept of Corrections Credit Union (Y) | | | | | | | | | |
| 16. | Capital One Bank (X) | | None | J | T | Open | 07/27/10 | J | | Estate |
| 17. | JANUS Worldwide Fund (X) | A | Dividend | K | T | Open | 07/27/10 | K | | Estate |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less          K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000      O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value               V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. JANUS Balanced Fund (X) | B | Distribution | K | T | Open | 07/27/10 | K | | Estate |
| 19. Dreyfus Strategic Value Fund (X) | A | Dividend | L | T | Open | 07/27/10 | L | | Estate |
| 20. Inland Western Real Estste Trust (X) | A | Distribution | J | T | Open | 07/27/10 | J | | Estate |
| 21. American Electric Power Common Stock (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 22. Cleco Corp New (X) | A | Dividend | K | T | Open | 07/27/10 | K | | Estate |
| 23. Capital One Fin. Corp Com (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 24. Citigroup, Inc Com (X) | | None | J | T | Open | 07/27/10 | J | | Estste |
| 25. Eli Lilly & Co Com (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estste |
| 26. Medco Health Solutions Inc Com (X) | | None | J | T | Open | 07/27/10 | J | | Estate |
| 27. Merck & Co New Com (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estste |
| 28. Reynolds Amern Inc Com (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 29. Southern Co Com (X) | A | Dividend | K | T | Open | 07/27/10 | K | | Estate |
| 30. Travelers Cos Inc Com (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 31. XCEL Energy Inc Com (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 32. Calamos Growth & Income Fund Class C (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 33. Capital Income Builder Fund Class A (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 34. Diamond Hill Long Short Fund (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FPA New Income Inc Com (X) | A | Dividend | K | T | Open | 07/27/10 | K | | Estate |
| 36. First Eagle Fund Of America Class A (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 37. Franklin Income Fund Class C (X) | B | Dividend | K | T | Open | 07/27/10 | K | | Estate |
| 38. The Income Fund of America Class C (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 39. Mutual Series Shares Class A (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 40. Templeton Income Fund Class C (X) | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 41. Thornburg Investment Income Builder Fund (X) Class A | A | Dividend | J | T | Open | 07/27/10 | J | | Estate |
| 42. Sunamerica Money Market Fund (X) | A | Interest | J | T | Open | 07/27/10 | J | | Estate |
| 43. FDIC Insured Deposits Program (X) | A | Interest | J | T | Open | 07/27/10 | J | | Estate |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

From Part VII, line 1: Value based on non-consummated offer to purhcase

From Part VII, lines 6 and 7. : In regard to Equitable Variable Life Ins. Co and Provident Life & Accident Insurance Company. Both are universal or variable life policies. Value code reported for both is net value of unloaned portion of "Guaranteed Interest" Account..



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dee D. Drell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544